UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
   ROBERT G. LOPEZ,

                            Plaintiff,

              -against-                                      19 Civ. 7631 (LGS)

   INFINITY 1, INC., ET AL.,                         ORDER

                            Defendants.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/18/2019

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, an initial pretrial conference was held on December 17, 2019. It is hereby

      **ORDERED** that, as discussed at the conference, Plaintiff shall file the Third Amended Complaint ("TAC") by **January 3, 2020**. The TAC shall not include: (1) Defendant Barneys New York, Inc. which has filed for bankruptcy or (2) retailer or distributor defendants. It is further

      **ORDERED** that Defendant Puma North America, Inc.'s Motion to Dismiss is due **January 8, 2020**, and will be construed as applying to the TAC. Plaintiff's opposition is due **January 22, 2020**. Defendant Puma's reply is due **January 29, 2020**. Discovery as to Defendant Puma is stayed pending resolution of the motion to dismiss. It is further

      **ORDERED** that, if Defendant Infinity 1, Inc. wishes to move to dismiss the TAC, it shall file a pre-motion letter with a proposed briefing schedule, preferably agreed on with Plaintiff, **21 days after the filing date of the TAC**. Defendant Infinity 1 may request a discovery stay in the same letter.

      A discovery schedule will follow separately. The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff. Defendants' counsel is also respectfully directed to e-mail a copy of this Order to Plaintiff.

Dated: December 16, 2019
       New York, New York

                                        **LORNA G. SCHOFIELD**
                                      **UNITED STATES DISTRICT JUDGE**