UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
 :
ROBERT G. LOPEZ,                                              :
 :
                    Plaintiff,                                :
 :                19 Civ. 7631 (LGS)
        -against-                                             :
 :                     ORDER
PUMA NORTH AMERICA, INC., ET AL.,                             :
 :
                    Defendants.                               :
-------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/29/2020

LORNA G. SCHOFIELD, District Judge:

WHEREAS, Defendants RageOn, Inc., Michael Krilivsky and Panagiota Betty Tufariello requested by letter (Dkt. Nos. 58 and 59) extensions for their time to respond to the Third Amended Complaint ("TAC"). The Order at Dkt. No. 60 granted these three Defendants an extension until February 11, 2020;

WHEREAS, Panagiota Betty Tufariello is listed as counsel for Defendant The Law Offices of P.B. Tufariello ("The Law Offices"), presumably counsel's law office, for which she serves as the principal. It is hereby

**ORDERED** that by **January 30, 2020, at 12:00 p.m**., counsel Tufariello shall advise on (1) the status of service of The Law Offices, given the docket's listing her as counsel to this Defendant, and (2) whether the Answer extensions requests at Dkt. Nos. 58 and 59 should be construed to apply to Defendant The Law Offices as well.

Dated: January 29, 2020
    New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE