```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
ROBERT G. LOPEZ,                                            :
                                                            :
                            Plaintiff,                      :
                                                            :     19 Civ. 7631 (LGS)
          -against-                                         :
                                                            :     ORDER
PUMA NORTH AMERICA, INC., ET AL.,                           :
                                                            :
                            Defendants.                     :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/31/2020

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order at Dkt. No. 65 requires counsel Panagiota Betty Tufariello to advise by January 30, 2020, at noon, on (i) the status of service of Defendant The Law Offices of P.B. Tufariello ("The Law Offices") and (ii) whether her Answer extension requests at Dkt. Nos. 58 and 59 apply to Defendant The Law Offices. Counsel did not timely file this letter;

WHEREAS, the docket lists counsel as representing The Law Offices, as well as Defendants RageOn, Inc. and Michael Krilivsky. Counsel is also representing herself pro se as Defendant. It is hereby

**ORDERED** that Defendant The Law Offices shall respond to the Complaint by **February 11, 2020**. Counsel is reminded that the deadline for Defendants RageOn, Michael Krilivsky and Panagiota Betty Tufariello to respond to the Complaint is February 11, 2020, per the Order at Dkt. No. 60.

The Clerk of Court is respectfully directed to mail a copy of this Order and the Order at Dkt. No. 65 to Plaintiff.

Dated: January 31, 2020
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**