```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
ROBERT G. LOPEZ,                                                        :
                                                                        :
                        Plaintiff,                                      :
                                                                        :      19-cv-7631 (LL)
        -v-                                                             :
                                                                        :      ORDER
PUMA NORTH AMERICA, INC., ET AL.,                                       :
                                                                        :
                        Defendants.                                     :
                                                                        :
------------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/6/2020

LEWIS J. LIMAN, United States District Judge:

This case was randomly reassigned to me for all purposes. It is hereby

ORDERED that the parties shall submit a single letter to the Court updating the Court on the status of the case no later than February 27, 2020. Pursuant to Paragraph 1(A) of the Court's Individual Practices in Civil Cases (available at https://www.nysd.uscourts.gov/hon-lewis-j-liman), parties should file the letter on ECF and should not submit courtesy copies. The status letter should address the following subjects:

1. A brief statement of the nature of the case and the principal defenses thereto;

2. A statement of all existing deadlines, due dates, and/or cut-off dates;

3. A brief description of any motions which have been made and decided and a confirmation that there are no pending motions and no pending appeals;

4. A statement describing the status of any discovery in the case;

5. A statement describing the status of any settlement discussions.

Unless otherwise notified by the Court, all deadlines contained in any Scheduling Order or Case Management Plan will remain in effect notwithstanding the case's transfer. However, any previously scheduled conference is hereby ADJOURNED pending further notice from the Court.

The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff. Defendants' counsel is also respectfully directed to email Plaintiff a copy.

Dated: February 6, 2020
       New York, New York
                                                        _____
                                                        LEWIS J. LIMAN
                                                        United States District Judge