UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ROBERT G. LOPEZ,

                Plaintiff,

    -v-                                            19-cv-7631 (LJL)

PUMA NORTH AMERICA, INC., ET AL.,         ORDER

                Defendants.
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      The Court has received a stipulation of dismissal with prejudice as to Defendant LYFT International, Inc. d/b/a Privilege New York (Dkt. No. 75). The Court has also received a stipulation of dismissal with prejudice as to Defendant Get Weird, LLC (Dkt. No. 76).

      Any defendant opposing these dismissals with prejudice shall file a letter on ECF by February 18, 2020. Absent objection, the Court will dismiss the above-mentioned defendants with prejudice.

Dated: February 12, 2020
       New York, New York
                                                LEWIS J. LIMAN
                                                United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/12/2020