UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                                      :

ROBERT G. LOPEZ,                                             :

                        Plaintiff,            :

                                                     :           19-cv-7631 (LJL)

        -v-                                               :                ORDER

PUMA NORTH AMERICA, INC., ET AL.,       :

                      Defendants.       :

------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      Pursuant to the Court's February 12, 2020 order, all claims against Defendant LYFT International, Inc. d/b/a Privilege New York and Defendant Get Weird, LLC are hereby DISMISSED WITH PREJUDICE.

Dated: February 19, 2020
       New York, New York

                                              LEWIS J. LIMAN
                                        United States District Judge