3UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

ROBERT G. LOPEZ,

                Plaintiff,

        -v-

ADIDAS AMERICA, INC., ET AL.,

                Defendants.

------------------------------------------------------------------X

19-cv-7631 (LJL)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/17/2020

LEWIS J. LIMAN, United States District Judge:

    IT IS HEREBY ORDERED that the oral argument and conference previously set to take place in Courtroom 15C, 500 Pearl Street, New York, NY 10007 before Judge Lewis J. Liman shall proceed at the same date and time (April 1, 2020 at 3:00 p.m.) via telephone conference.

    All those directed to attend the conference (*see* Dkt. No. 83) shall participate by calling (888) 251-2909 and using Access Code 2123101.

    The Clerk of Court is respectfully directed to mail a copy of this order to Plaintiff.

    SO ORDERED.

Dated: March 17, 2020
       New York, New York

                                              LEWIS J. LIMAN
                                              United States District Judge