UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
ROBERT G. LOPEZ,                                                   :
                                                                   :
                                    Plaintiff,                     :
                                                                   :          19-cv-7631 (LJL)
                    -v-                                            :
                                                                   :          ORDER
ADIDAS AMERICA, INC., ET AL.,                                     :
                                                                   :
                                    Defendants.                    :
                                                                   :
-------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__4/13/2020__

LEWIS J. LIMAN, United States District Judge:

       The Court has received a stipulation of dismissal with prejudice as to defendants Quinn
Arneson and Kumasi Sadiki (Dkt. No. 89). Any defendant opposing these dismissals with
prejudice shall file a letter on ECF by April 20, 2020. Absent objection, the Court will dismiss
the above-mentioned defendants with prejudice.

       SO ORDERED.

Dated: April 13, 2020
       New York, New York                     _____
                                                       LEWIS J. LIMAN
                                                 United States District Judge