```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/21/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ROBERT G. LOPEZ,

                Plaintiff,

                              19-cv-7631 (LJL)

     -v-

                              ORDER

ADIDAS AMERICA, INC., ET AL.,

                Defendants.
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

       Pursuant to the Court's April 13, 2020 order (Dkt. No. 90), all claims against Defendants Quinn Arneson and Kumasi Sadiki are hereby DISMISSED WITH PREJUDICE.

       SO ORDERED.

Dated: April 21, 2020
       New York, New York

                                                       LEWIS J. LIMAN
                                                  United States District Judge