```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
ROBERT G. LOPEZ,                                                  :
                                                                  :
                    Plaintiff,                                    :
                                                                  :      19-cv-7631 (LJL)
        -v-                                                       :
                                                                  :      ORDER
ADIDAS AMERICA, INC., ET AL.,                                     :
                                                                  :
                    Defendants.                                   :
                                                                  :
------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/19/2020

LEWIS J. LIMAN, United States District Judge:

    IT IS HEREBY ORDERED that all parties remaining in the case shall collectively submit a status letter no later than June 24, 2020.

    Chambers will mail a copy of this order to Plaintiff.

    SO ORDERED.

Dated: May 19, 2020
       New York, New York

                                                LEWIS J. LIMAN
                                       United States District Judge