> Application DENIED. "[I]n a civil case, . . . the notice of appeal required by Rule 3 must be filed with the district clerk within 30 days after entry of the judgment or order appealed from." Fed. R. App. P. 4(a)(1)(A). Plaintiff filed a notice of appeal on June 7, 2020 (Dkt. No. 95) of the Court's May 19, 2020 Opinion and Order (Dkt. No. 92). Accordingly, no extension of time is needed in order for Plaintiff to comply with the Federal Rules of Appellate Procedure.
>
> 6/9/2020
>
> _/s/ Lewis J. Liman_
> LEWIS J. LIMAN
> United States District Judge

**Robert G. Lopez**
230 Clinton Street - Apt. 11C
New York, New York 10002
(917) 868-1698

June 7, 2020

Hon. Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street – Courtroom 15C
New York, New York 10007

Re:   *Robert G. Lopez v. Adidas America Inc.. et al.*

Civil Action No. 19-CV-7631 (LJL)

Dear Judge Liman:

I am the pro se Plaintiff in the above-identified action.

It has just come to my attention that an Opinion and Order was rendered on May 19, 2020 in connection with PUMA's motion to dismiss.

Although I still do receive mail at the 230 Clinton Street address, I have not been residing at that location during the quarantine in relation to the coronavirus pandemic.

I am hereby filing my Notice of Appeal regarding the May 19, 2020 decision and although it is a few days late, I am respectfully requesting that the Court accept the same and take into consideration that I just received the mail package with the May 19, 2020 Opinion and Order.

I thank Your Honor for his attention to this matter and for his consideration of my request.

Respectfully submitted,

*/s/ Robert G. Lopez*
Robert G. Lopez

Attachment

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT G. LOPEZ, an individual, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 19 CV 7631 (LJL) |
| ) | |
| ADIDAS AMERICA, INC., ET AL., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff, Robert G. Lopez hereby appeals to the United States Court of Appeals for the Second Circuit from the Judgment granting Defendant PUMA's motion to dismiss entered in this action on May 19, 2020.

Dated: June 1, 2020

Respectfully submitted,
Robert G. Lopez – Pro Se

By: _____

Robert G. Lopez
Pro Se Plaintiff
230 Clinton Street – Apt. #11C
New York, New York 10002
(917) 868-1698