```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/25/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
 :
ROBERT G. LOPEZ, :
 :
                Plaintiff, :
 : 19-cv-7631 (LJL)
    -v- :
 : ORDER
ADIDAS AMERICA, INC., ET AL., :
 :
                Defendants. :
 :
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

    On May 19, 2020, the Court ordered that all parties remaining in the case collectively submit a status letter no later than June 24, 2020. (Dkt. No. 93.) Only defendant "Intellectulaw" submitted a letter. (Dkt. No. 98.) That letter advises that Mr. Lopez previously agreed to enter into a stipulation by which he would dismiss his complaint against "Intellectulaw." (*Id.*)

    IT IS HEREBY ORDERED that Plaintiff shall advise the Court via letter how he intends to prosecute this action against "Intellectulaw" and **all other remaining defendants** no later than August 5, 2020. Failure to submit such letter would indicate failure to prosecute.

    Finally, the Court is in receipt of a motion from defendant Barneys New York, Inc. respectfully requesting that the docket be corrected to note that Barneys New York, Inc. is a terminated party. (Dkt. No. 97.) The Court received no objection to that request. It is GRANTED. **The Clerk of Court is respectfully directed to update the docket to reflect that Barneys New York, Inc. is a terminated party.**

    Chambers will mail a copy of this order to Plaintiff.

    SO ORDERED.

Dated: June 25, 2020
       New York, New York                                       LEWIS J. LIMAN
                                                                            United States District Judge