```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
ROBERT G. LOPEZ,                                                   :
                                                                   :
                        Plaintiff,                                 :
                                                                   :            19-cv-7631 (LJL)
        -v-                                                        :
                                                                   :               ORDER
ADIDAS AMERICA, INC., et al.,                                      :
                                                                   :
                        Defendant.                                 :
                                                                   :
-------------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

Fed. R. Civ. P. 41(b) "gives the district court authority to dismiss a plaintiff's case *sua sponte* for failure to prosecute." *LeSane v. Hall's Sec. Analyst, Inc.*, 239 F.3d 206, 209 (2d Cir. 2001). On June 25, 2020, the Court directed Plaintiff to advise it how he intended to prosecute this action by August 5, 2020. Plaintiff has not responded to the Court's order. Because Plaintiff has failed to prosecute, this case is DISMISSED WITHOUT PREJUDICE. The Clerk of Court is respectfully directed to close the case.

SO ORDERED.

Dated: September 8, 2020
       New York, New York                    _____
                                                    LEWIS J. LIMAN
                                              United States District Judge